UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE HARDY CORPORATION,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| vs. | } | CASE NO. CV 06-B-0632-S |
| | } | |
| **FAITH PIPING CORPORATION,** | } | |
| | } | |
| **Defendant.** | } | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

On November 16, 2007, this court entered an Order reminding defendant

that the law in this Circuit is "well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and **must be represented by counsel**." *Pallazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)(citing *Commercial & Railroad Bank v. Slocomb*, 39 U.S. (14 Pet.) 60. 10 L. Ed. 354 (1840); *In re K.M.A., Inc.,* 652 F.2d 398 (5th Cir. Unit B 1981))(emphasis added). "[This] general rule applies even where the person seeking to represent the corporation is its president and major stockholder." *Id*. (citing *In re Las Colinas Development Corp.*, 585 F.2d 7 (1st Cir. 1978), *cert. denied*, 440 U.S. 931, 99 S. Ct. 1268, 59 L. Ed. 2d 487 (1979)). Therefore, in order to continue to defend this action, defendant Faith Piping Corporation, **MUST** be represented by counsel.

The court informed defendant that failure to retain counsel would result in a default

judgment in favor of Plaintiff and against Defendant. To date counsel for defendant has

not appeared. Therefore, default judgment is due to be entered in favor of the plaintiff.

On January 9, 2008, plaintiff filed the Affidavit of Thomas N. Cordell setting forth

the damages incurred by plaintiff as a result of the claims in this lawsuit. The Affidavit

1

was detailed and specific as to the grounds for the amount of damages sought.  Therefore, by separate Order, judgment will be entered in favor of the plaintiff and against the defendant in the amount set forth in Mr. Cordell's Affidavit.

The Clerk of the Court is **DIRECTED** to serve Defendant with a copy of this Order by first class mail *and* certified mail/return receipt requested at the following address:

>Keith Balski
>Faith Piping Corporation
>1332 Ridge Road
>Hinckley, OH  44233

**DONE** this the 30th day of September, 2008.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE